IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CHARLES KENNEY,** | **CIVIL NO. 1:14-CV-1030** |
| Petitioner | |
| v. | **(Judge Rambo)** |
| **JEFFREY E. THOMAS,** | **(Magistrate Judge Saporito)** |
| Respondent | |

## **O R D E R**

AND NOW, this 16th day of July, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Saporito (Doc. 21).

2) The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DENIED**.

3) The court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge